# EXHIBIT 1

# EXHIBIT 1




## State Water Resources Control Board

JUL 3 1 2019

Mr. Curt Aikens
General Manager
Yuba Water Agency
1220 F Street
Marysville, CA  95901-4266

**Yuba River Development Project**
**Federal Energy Regulatory Commission Project No. 2246**
**Nevada, Sierra, and Yuba Counties**

**SUBJECT:   DENIAL WITHOUT PREJUDICE OF WATER QUALITY CERTIFICATION FOR YUBA RIVER DEVELOPMENT PROJECT**

Dear Mr. Aikens:

On August 3, 2018, the State Water Resources Control Board (State Water Board) received a request from Yuba Water Agency (YWA) for water quality certification (certification), pursuant to section 401(a)(1) of the Federal Clean Water Act (33 USC § 1341 et seq.) for the relicensing of the Yuba River Development Project (Project), Federal Energy Regulatory Commission (FERC) Project No. 2246.  Waterbodies associated with the Project include the Middle Yuba River, North Yuba River, and Yuba River.

In taking a certification action, the State Water Board must either:  (1) issue an appropriately conditioned water quality certification; or (2) deny certification.  (Cal. Code Regs., tit. 23, § 3859.)  A certification may be issued if it is determined that there is reasonable assurance that an activity is protective of state and federal water quality standards and that the appropriate environmental documents have been adopted to support certification and meet the requirements of the California Environmental Quality Act (CEQA).  However, when a proposed project's "compliance with water quality standards and other appropriate requirements is not yet necessarily determined, but the application suffers from some procedural inadequacy (e.g., failure to…meet CEQA requirements)," the State Water Board may deny certification without prejudice.  (Cal. Code Regs., tit. 23, § 3837, subd. (b)(2).)

Mr. Curt Aikens — 2 — JUL 3 1 2019

YWA is the CEQA lead agency for the Project and has not begun the CEQA process. The Project is interrelated with the Upper Drum Spaulding Project (FERC Project No. 2310), the Deer Creek Project (FERC Project No. 14530), the Lower Drum Project (FERC Project No. 14531), and the Yuba-Bear Hydroelectric Project (FERC Project No. 2266). FERC is applying a watershed approach (i.e., analyzing all projects jointly) to comply with requirements from the National Marine Fisheries Service under Section 7 of the Federal Endangered Species Act (ESA). ESA consultation has not been completed and is expected to inform the lead agency (YWA) as part of the CEQA process.

YWA is hereby notified that the August 3, 2018 request for certification for the Project is denied without prejudice, effective the date of this letter. The denial without prejudice carries with it no judgment on the technical merits of the Project. The State Water Board encourages YWA to submit a new formal request for certification.

If you have questions regarding this letter, please contact Jordan Smith, Project Manager in the Water Quality Certification Program of the Division of Water Rights, at (916) 323-3645 or at jordan.smith@waterboards.ca.gov. Written correspondence should be directed to: State Water Resources Control Board; Division of Water Rights – Water Quality Certification Program; Attn: Jordan Smith; P.O. Box 2000; Sacramento, CA 95812-2000.

Sincerely,

Eileen Sobeck
Executive Director

cc:  Ms. Kimberly D. Bose, Secretary
Federal Energy Regulatory
Commission
888 First Street, NE
Washington, D.C. 20426

Mr. Patrick Pulupa
Executive Officer II
Central Valley Regional Water
Quality Control Board
364 Knollcrest Drive, Suite #205
Redding, CA 96002

Mr. Tomas Torres, Director
U.S. Environmental Protection Agency
Region 9, Water Division
75 Hawthorne Street
San Francisco, CA 94105

Interested Parties Mailing List