# EXHIBIT 4

## **BARTKIEWICZ, KRONICK & SHANAHAN**

| | | |
|---|---|---|
| RICHARD P. SHANAHAN<br>RYAN S. BEZERRA<br>JOSHUA M. HOROWITZ<br>JENNIFER T. BUCKMAN<br>ANDREW J. RAMOS<br>BRITTANY N. BRACE<br>CHRISTINE M. DUGGER | A PROFESSIONAL CORPORATION<br>1011 TWENTY-SECOND STREET<br>SACRAMENTO, CALIFORNIA 95816-4907<br>TEL. (916) 446-4254<br>bkslawfirm.com | *Retired*<br>PAUL M. BARTKIEWICZ<br>STEPHEN A. KRONICK |

*Of Counsel*
HOLLY J. JACOBSON

November 12, 2020

**BY FEDERAL EXPRESS**

Ms. Eileen Sobeck
Executive Director
State Water Resources Control Board
1001 I Street
Sacramento, California 95814

Re: Yuba County Water Agency's Notice of Intent to File CEQA Petition for Writ of Mandate and Federal Complaint Concerning July 17, 2020 Water Quality Certification For Federal Permit Of License

TO MS. EILEEN SOBECK, STATE WATER RESOURCES CONTROL BOARD:

Please take notice pursuant to Public Resources Code sections 21167, 21167.5 and any analogous notice provisions for actions commenced pursuant to Public Resources Code section 21168.5 and 21168, that Yuba County Water Agency ("YCWA") intends to file a Petition for Writ of Mandate in the Superior Court of California under the provisions of the California Environmental Quality Act ("CEQA") against the California State Water Resources Control Board ("SWRCB") challenging, among other things, your issuance, as the SWRCB's Executive Director, of the July 17, 2020 Water Quality Certification For Federal Permit Or License (the "Purported Certification") for YCWA's Yuba River Development Project, the terms and conditions therein, and the failure to comply with applicable procedural requirements. YCWA gives you, and the SWRCB, notice that YCWA also intends to file, in a complaint with the United States District Court (the "Complaint"), causes of action under CEQA concerning your issuance of the Purported Certification.

The Petition for Writ of Mandate, and the CEQA causes of action in the Complaint, request that the respective courts direct the SWRCB, and you, to vacate and rescind the Purported Certification. Further, the Petition and the Complaint will seek an award of YCWA's costs and attorney fees associated with these actions.

{00204120.2}

Ms. Eileen Sobeck
November 12, 2020
Page 2

The exact nature of the allegations and relief sought is described in the Petition for Writ of Mandate, and the Complaint, that will be filed by YCWA.

Kind regards,

Ryan S. Bezerra
Attorney for Yuba County Water Agency

Cc (via e-mail):   Michael Lauffer, SWRCB Chief Counsel

## PROOF OF SERVICE

I, Mikah Starr Erickson, declare as follows:

I am over the age of eighteen and not a party to this action. I work in Sacramento County at 1011 Twenty-Second Street, Sacramento, California 95816. On November 12, 2020, following ordinary business practices, I placed Yuba County Water Agency's Notice of Intent to File CEQA Petition for Writ of Mandate and Federal Complaint Concerning July 17, 2020 Water Quality Certification For Federal Permit Of License for collection and overnight delivery with Federal Express, Sacramento, California, 95816, in a sealed envelope addressed to:

Ms. Eileen Sobeck
Executive Director
State Water Resources Control Board
1001 I Street
Sacramento, California 95814

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on November 12, 2020, at Sacramento, California.

*Mikah Erickson*
Mikah Starr Erickson

{00204120.2}